USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PATRICK AUSTIN,                                          :
                                                        :
                            Plaintiff,                  :
                                                        :          26-CV-1918 (VEC)
            -against-                                   :
                                                        :          ORDER
                                                        :
203 WEST 19 TAVERN INC. d/b/a BEER RUN   :
and 152-154 SEVENTH AVENUE OWNER LLC, :
                                                        :
                                                        :
                            Defendants.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 27, 2026 (Dkt. 8), the parties notified the Court that an agreement

was reached on all issues; and

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other

deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without

costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to

terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case.  Any such

application must show good cause for holding the case open in light of the parties' settlement

and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good

cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their

settlement agreement, they must submit **within the same 30-day period**:  (1) their settlement

agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  May 28, 2026**
   **New York, NY**

           **VALERIE CAPRONI**
           **United States District Judge**